IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 10-cv-1977-JLK**

IN RE THE MATTER OF:

**MUSTAFA OZGUL,**

    Petitioner,

v.

**JENNIFER OZGUL,**

    Respondent.

AND CONCERNING THE MINOR CHILD: KMO (DOB 12/6/06)

## ORDER FOR RETURN OF THE CHILD TO PETITIONER AND FOR LAW ENFORCEMENT ASSISTANCE

Kane, J.

    **THIS MATTER** comes before the Court on Petitioner's Application for Warrant to take Physical Custody of the Child. Petitioner also requests and Order directing local or federal law enforcement to assist him with pick-up of the child from the Respondent. The Court finds and Orders as follows:

    1. The Court finds that an Order was issued by the Court on October 8, 2010 finding the child's habitual country of residence is Germany. The Court ordered that the child be returned the Germany forthwith.

    2. CRS 14-13-302 states that a "Court may enforce an Order for return of the child made under the Hague Convention on the Civil Aspects of International Child Abduction as

if it were a child-custody determination" including the issuance of a warrant (CRS 14-13-311 – Warrant to take Physical Custody of Child).

3. The Court finds that the child may be located at the following physical address; 3614 N. Hancock Avenue, Colorado Springs, CO 80907.

4. The Court Orders that an Ex Parte Warrant be issued granting Petitioner immediate custody of the child. That the child be immediately returned to Germany. The Court further Orders that local and/or federal law enforcement assist the Petitioner with the return of the child to his care and control.

Dated this 17th day of December, 2010.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court