IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 10-cv-1977-JLK**

IN RE THE MATTER OF:

**MUSTAFA OZGUL,**

    Petitioner,

v.

**JENNIFER OZGUL,**

    Respondent.

**AND CONCERNING THE MINOR CHILD: KMO (DOB 12/6/06)**

---

## ORDER OF RECUSAL

Kane, J.

    I recuse myself from any further proceedings in this case because I have received an *ex parte* communication indicating it is an undated, certified four page letter from the Respondent's father requesting me to take judicial action. I order the letter to be sealed and filed in the court records subject to opening only by order of a judicial officer. I make no findings of fact nor reach any legal conclusions concerning the facts alleged or the relief requested in the letter. The letter itself is sufficient to declare that for me to preside further in this matter would constitute an appearance of impropriety.

    Dated this 27th day of December, 2010.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                John L. Kane, Senior Judge
                                                United States District Court